UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-351-JST (ANx)                           Date:  July 9, 2012
Title:  KHALIG HEDJAZI v. JP MORGAN CHASE BANK, N.A., et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

|  Ellen Matheson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:              Attorneys Present for Defendant:

Not Present                                        Not Present

**Proceedings:**          **(In Chambers) ORDER ISSUING ORDER TO SHOW CAUSE FOR
                          FAILURE TO SUBMIT LOAN MODIFICATION READINESS
                          FORM**


        On May 30, 2012, the Court issued an Order setting a Loan Modification Readiness
Conference for July 13, 2012. (Doc. 14.)  Defendants were ordered to file and serve the Loan
Modification Readiness Conference form at least five (5) court days before the hearing advising
the Court whether the Readiness Conference remains necessary or may be vacated.  To date the
referenced document has not been filed.

        The Court orders counsel for Defendants to show cause why the Court should not issue
sanctions for the failure to timely file the referenced document.  The filing of the document, **no
later than July 10, 2012**, shall constitute compliance with this Order.


                                                Initials of Preparer:  enm